IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | Case No. 1:25-cv-555 (PTG-LRV) |
| ) | |
| 330,000.026094 USDT TOKENS SEIZED FROM THE ) | |
| CRYPTOCURRENCY WALLET ADDRESS ) | |
| IDENTIFIED BY ) | |
| 0X9AFC36B20C961CD34450AE0C3941C302BFD6B1F1, ) | |
| ) | |
| *Defendant in Rem.* ) | |

## ORDER

This matter comes before the Court on the December 23, 2025 Report and Recommendation ("R&R") from Magistrate Judge Lindsey R. Vaala regarding Plaintiff's Motion for Default Judgment as to Defendant Property (Dkt. 8). Judge Vaala advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. Dkt. 11 at 11. To date, no objections have been filed.

After reviewing the record and Judge Vaala's Recommendation, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings Judge Vaala set forth in the R&R (Dkt. 11). Accordingly, it is hereby

**ORDERED** that Plaintiff's Motion for Default Judgment (Dkt. 8) is **GRANTED**; it is further

**ORDERED** that default judgment be **ENTERED** in favor of Plaintiff; and it is further

**ORDERED** that the forfeiture of the 330,000.026094 USDT Tokens seized from the cryptocurrency wallet address identified by 0x9AFc36B20C961CD34450ae0C3941

C302bfd6BlFl, and that all right, title and interest of the former owner is now vested in the United States of America.

The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff as set forth above, pursuant to Federal Rule of Civil Procedure 55. The Clerk is further **DIRECTED** to forward a copy of this Order to all parties of record.

To appeal this decision, the former owner of Defendant Property must file a written notice of appeal with the Clerk of the Court within thirty (30) days of the date of entry of this Order. A notice of appeal is a short statement indicating a desire to appeal, including the date of the order the former owner wants to appeal. The former owner need not explain the grounds for appeal until so directed by the court of appeals. Failure to file a timely notice of appeal waives the former owner's right to appeal this decision.

Entered this 12th day of March, 2026.
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge